946 F.2d 898
 Ayala (Noe), Cantuba (Manuel), Daftarian (Iraj), De La Cruz
(Josefina), Gilberto (Domingo), Flameno (Myrna), Habenicht
(Lourdes), Okechukwa Ijomanta (Sam), Joaquin (Jocelyn), Kun
Lin Lee, Su Chen Lee, Arcadio San Diego, Teofilo Reyes Zosa
v.
Looney (Donald B.), Internal Revenue Service
 NO. 90-56035
 United States Court of Appeals,
Ninth Circuit.
 OCT 09, 1991
 
 1
 Appeal From: C.D.Cal.
 
 
 2
 VACATED.